UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

BARBARA BREEDLOVE,
    Petitioner

Case No.: 2:16-cv-00297

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
    Defendant

___

### STIPULATION OF DISMISSAL WITH PREJUDICE

    Now come Plaintiff, BARBARA BREEDLOVE, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice. The Parties shall each bear their own costs and attorneys' fees.

    This 20th day of April, 2017.


| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| s/Laurel Farrell | s/Cyrus Booker |
| Laurel Farrell BPR # 29705 | Cyrus Booker BPR# 010747 |
| Attorney for Plaintiff | Attorney for Defendant |
| 249 E Main Street | BOOKER LEGAL GROUP, P.C. |
| Johnson City, TN 37604 | Chesapeake Business Centre |
| 423-928-8321 (Office) | Maryland Farms |
| 423-928-2822 (Facsimile) | 205 Powell Place, Suite 314 |
| laurel@sisterlaw.com | Brentwood, TN 37027-7525 |
| | (615) 815-1634 (Office) |
| | (615) 301-6500 (Fax) |
| | CBooker@BookerLegal.com |