IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BARBARA BREEDLOVE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No.: 2:16-cv-00297 |

## STIPULATION OF DISMISSAL OF COUNTERCLAIM WITH PREJUDICE

　　Plaintiff, Barbara Breedlove, and Defendant, The Prudential Insurance Company of America, by and through their respective undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Prudential's Counterclaim against Plaintiff shall be dismissed with prejudice, each party to bear their own costs and attorney's fees.

　　DATED THIS THE 3RD DAY OF MAY, 2017.

Attorney for Plaintiff:

　/s/ Laurel Farrell　　　　　　
Laurel Farrell, BPR #29705
249 E. Main Street
Johnson City, TN 37604
(423) 928-8321
(423) 928-2822 (Facsimile)
Laurel@SisterLaw.com

Attorney for Defendant:

　/s/ Cyrus L. Booker　　　　　
Cyrus L. Booker, BPR #010747
Booker Legal Group, P.C.
205 Powell Place, Suite 314
Brentwood, TN 37027
(615) 815-1634
(615) 301-6500 (Facsimile)
CBooker@BookerLegal.com

## CERTIFICATE OF SERVICE

　　I hereby certify that on May 3, 2017, I electronically filed the foregoing document using the Court's CM/ECF method, which will send notification to all counsel of record.

　　　　　　　　　　　　　　　　　　By: 　　/s/ Cyrus L. Booker